## The People on the relation of the Attorney General v. The Regents of the University.

*University : Homeopathy : Regents : Mandamus.* The court decline to grant a *mandamus* to compel the regents of the university to appoint, install and maintain two professors of homeopathy in the department of medicine of the university, in accordance with the provisions of the act of 1873.

*Heard October 8 and 9.    Decided October 30.*

Application for *mandamus.*

This application was to require the respondents to appoint, install and maintain two professors of homeopathy in the department of medicine of the university, as provided by the act of 1873.—*Sess. L. 1873, p. 73.*

*Lawrence & Sawyer* and *Charles S. May,* for relator.

*C. I. Walker* and *Alpheus Felch,* for respondents.

PER CURIAM.

The very able argument in this case has not brought any member of the court to any different views from those heretofore sufficiently expressed, and we therefore make no order.